SEALED

FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2016 OCT -4  PM 1:32

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____
         DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>███████████<br>OSCAR MALDONADO (2)<br>JORGE ARLI ARELLANO (3)<br>PEDRO CARBAJAL (4)<br>JULIO ROGEL (5)<br>JAIME CARBAJAL (6)<br>JOSE DANIEL DUENAS (7)<br>JAVIER JAIMES (8)<br>JAVIER ALVAREZ (9)<br>HUGO MAYA-RODRIGUEZ (10)<br>OMAR ROGEL (11)<br><br>Defendants | § § § § § § § § § § § § § § § § § § § | CRIMINAL NO. _____<br><br>**INDICTMENT**<br><br>[Ct. I – Vio: 21 U.S.C. § 846– Conspiracy to Possess with Intent to Distribute and Distribution of Methamphetamine]<br><br>A16 CR 260 LY |

Indictment -- Page 1

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
Conspiracy to Possess with Intent to Distribute and Distribution
of a Controlled Substance, Methamphetamine
(Violation of 21 U.S.C. § 846)

1. Beginning on or about December 1, 2015, and continuing through September 30, 2016, in the Western District of Texas and elsewhere, ███████████████, **OSCAR MALDONADO, JORGE ARLI ARELLANO, PEDRO CARBAJAL, JULIO ROGEL, JAIME CARBAJAL, JOSE DANIEL DUENAS, JAVIER JAIMES, JAVIER ALVAREZ, HUGO MAYA-RODRIGUEZ and OMAR ROGEL**, defendants, did intentionally and knowingly combine, conspire, confederate, and agree together and with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute and distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846, the penalty for which is found at 21 U.S.C. § 841(b)(1)(B).

A TRUE BILL:

SIGNATURE REDACTED PURSUANT
TO E-GOVERNMENT ACT OF 2002

_____
FOREPERSON

RICHARD L. DURBIN, JR.
ATTORNEY FOR THE UNITED STATES,

*/s/ Daniel D. Guess*
DANIEL D. GUESS
Assistant United States Attorney

Indictment – Page 2